# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## ELKINS DIVISION

LUCY M. STONESTREET,

        Plaintiff,

v.                                          CIVIL ACTION NO. 2:05-cv-00080

ALEXANDER ANTOLYVICH BUKREYEV,

        Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is a stipulated motion to remand filed by the defendant [Docket 18]. Because both parties agree to the stipulation and the plaintiff agrees to a remittitur of any amount awarded in excess of $75,000, the court **GRANTS** the motion to remand and **REMANDS** the case to the Circuit Court of Hardy County, West Virginia.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:    March 20, 2006

                                JOSEPH R. GOODWIN
                                UNITED STATES DISTRICT JUDGE